[Court of Criminal Appeals] 81,352-03

[Ex parte Pena:
[WR-81,352-02]

[Clerk];

ALLEN PENA
PETITIONER/Plaintiff;
V.

THE STATE OF TEXAS
DEFENDANT/RESPONDENT:

Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 19 2015

Abel Acosta, Clerk

[INDEALING"-[WITH"-[SAID"-[MOVING"-[CAUSE"][No.] ...
[CAN"-[YOU"-[PLEASE"-[OBTAIN"-[THE"-[STATUS"/RULING"-[ON"-the"
[FOLLOWING"-[MOTION"-[AND-PLEASE"-[ADVISE".[THE PETITIONER":

Motion for MANDATING"A-[PROCEDURAL][ASSERTIVENESS] of"-
[UNCONSTITUTIONAL][GROUNDS]... THAT Will ADEQUATELY-GOVERN A MOTION
TO VACATE SET'ASIDE; OR-CORRECT... THE "[SENTENCE] INWHICH Will
[INCORPORATE A MOTION TO AMEND.

RESPECTFULLY SUBMITTED

ALLEN PENA
T.D.C.J. No. 1790277
PETITIONER; PRO SE
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TEXAS 76367

[28 U.S.C. § 1746]EXECUTED ON: 03.12.15

i